HARRIET A. BARNUM, as Administratrix, etc., Respondent, *v.*
GEORGE A. CARNAHAN, Appellant.

*Gibbs* v. *Carnahan,* 77 Hun, 607, affirmed.
(Submitted March 3, 1896; decided April 7, 1896.)

APPEAL from judgment of the General Term of the
Supreme Court in the fifth judicial department, entered upon
an order made March 27, 1894, which affirmed a judgment in
favor of plaintiff entered upon a verdict, and also affirmed an
order denying a motion for a new trial.

*Foote & Havens* for appellant.

*Frederick A. Mann* and *Edward F. Turk* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except HAIGHT, J., not sitting.

---

HENRY H. HOLLY et al., as Trustees, etc., et al., Respondents,
*v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

*Holly* v. *Manh. R. Co.*, 8 Misc. Rep. 684, affirmed.
(Argued March 4, 1896; decided April 7, 1896.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
May 7, 1894, which affirmed a judgment in favor of plaintiff
entered upon a decision of the court on trial at an equity term.

*Reuben Leslie Maynard* for appellant.

*Henry G. Atwater* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.